```
____ Priority
____ Send
____ Clsd
____ Enter
____ JS-5/JS-6
____ JS-2/JS-3
```

FILED
CLERK, U.S. DISTRICT COURT

OCT 11 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Controversy Music, et al.,* | CASE NO. CV 12-5533-GHK (SPx) |
|       **Plaintiffs,** | JUDGMENT |
| v. | |
| *Vincent Anthony Nanci,* | |
|       **Defendant.** | |

Pursuant to the Court's October 11, 2012 Order, IT IS **ORDERED, ADJUDGED, AND DECREED** that default judgment shall be entered in favor of Plaintiffs in the following amounts:

1. Statutory damages of $3,000 for copyright infringement for each work, for a total of $12,000.00;
2. Attorney's fees in the amount of $2,362.30;
3. Costs of this action; and
4. Post-judgment interest as permitted by 28 U.S.C. § 1961.

It is further **ORDERED** that Defendant and his respective agents, servants, employees, attorneys, and those persons or entities in active participation and concert with them, are hereby enjoined from publicly performing, or causing or permitting to be publicly performed, in their business establishment known as Anthony's Lounge &

Ristorante, located at 24630 Washington Ave., Suite 100, Murrietta, California 92562, or in any other place owned, controlled, or operated by Defendant, any copyrighted musical composition owned by Plaintiffs, without first obtaining proper authorization to do so.

**IT IS SO ORDERED.**

DATED: October 11, 2012

_____
GEORGE H. KING
Chief United States District Judge